## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 11-cv-02636-WJM-CBS

STEWART TITLE GUARANTY COMPANY, a Texas corporation,

    Plaintiff,

v.

JAY H. WILLIAMS, an individual, and
NEWTON TEN, INC., a Colorado corporation

    Defendants.

## ORDER FOR ENTRY OF JUDGMENT

This matter comes before the Court on the Parties' Stipulation ("Stipulation") (ECF No. 67). The Court having reviewed the Stipulation and all related exhibits, pleadings and documents, and being fully advised in the premises, hereby ORDERS as follows:

1. The Parties Motion for Judgment is GRANTED (ECF No. 69).

2. Consistent with the Stipulation and pursuant to F.R.C.P 54, final judgment is hereby entered in favor of Plaintiff and against Defendants, jointly and severally, on Plaintiff's Third Claim for Relief - Fraud related to Lien Affidavit and Plaintiff's Fourth Claim for Relief - Fraud related to Omnibus Amendment for the total principal amount of $800,000.00, plus post-judgment interest from the date of the Settlement Agreement at the rate of 36% per annum ("Fraud Judgment").

3. Plaintiff shall be entitled to its reasonable attorneys' fees and costs incurred in attempting to collect and/or enforce the Fraud Judgment, which fees and costs shall be added to and included in the judgment amount.

4. Pursuant to the Stipulation of the parties and this Court's Order approving same, execution of the Fraud Judgment is stayed so long as Defendants fulfil their payment obligation to Plaintiff.

5. The Clerk shall enter Final Judgment in accordance with this Order.

Dated this 16th day of April, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge