**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  11-cv-02636-WJM

STEWART TITLE GUARANTY COMPANY, a Texas corporation

     Plaintiff,

v.

JAY H. WILLIAMS, an individual, and
NEWTON TEN, INC., a Colorado corporation,

     Defendants.

---

## AMENDED FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), the Parties' Stipulation ("Stipulation") (ECF No. 67), and the Order For Entry of Judgment, entered by the Honorable William J. Martínez, United States District Judge, on April 16, 2013,

IT IS ORDERED THAT

1. The Parties' Motion for Judgment is GRANTED (ECF No. 69).

2. Consistent with the Stipulation and pursuant to F.R.C.P. 54, Final Judgment is hereby entered in favor of Plaintiff and against Defendants, jointly and severally, on Plaintiff's Third Claim for Relief - Fraud related to Lien Affidavit and Plaintiff's Fourth Claim for Relief - Fraud related to Omnibus Amendment for the total principal amount of $800,000.00, plus post-judgment interest from the date of the Settlement Agreement at the rate of 36% per annum ("Fraud Judgment").

3. Plaintiff shall be entitled to its reasonable attorneys' fees and costs

incurred in attempting to collect and/or enforce the Fraud Judgment, which fees and costs shall be added to and included in the judgment amount.

4. Pursuant to the Stipulation of the parties and this Court's Order approving same, execution of the Fraud Judgment is stayed so long as Defendants fulfil their payment obligation to Plaintiff.

5. Final Judgment is entered in accordance with this Order.

Dated at Denver, Colorado this ____17th____ day of April, 2013.

| APPROVED: | BY THE COURT: |
|---|---|
| | JEFFREY P. COLWELL, CLERK |
| *[signature]* | |
| Judge William J. Martínez | By s/ Edward P. Butler |
| United States District Court | Edward P. Butler, Deputy Clerk |