## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 11-cv-02636-WJM-CBS

STEWART TITLE GUARANTY COMPANY, a Texas corporation,

    Plaintiff,

v.

JAY H. WILLIAMS, an individual, and
NEWTOWN TEN, INC., a Colorado corporation

    Defendants.

---

## AMENDED ORDER GRANTING STIPULATION AND APPROVING SETTLEMENT AGREEMENT

---

    This matter comes before the Court on the Parties' Stipulation for Order Approving Settlement Agreement, Entering Judgment in Accordance therewith, and Stay of Execution ("Stipulation") (ECF No. 67). The Court having reviewed the Stipulation, the Settlement Agreement, and all related exhibits, pleadings and documents, and being fully advised in the premises, hereby ORDERS as follows:

    The Parties' Stipulation for Order Approving Settlement Agreement is GRANTED (ECF No. 68). The Court has reviewed the Settlement Agreement between the parties, which was attached as Exhibit A to the Stipulation (ECF No. 67), and hereby APPROVES the Settlement Agreement and ENTERS same as an Order of the Court.

Dated this 14th day of November, 2013, *nunc pro tunc* 16th day of April, 2013

BY THE COURT:

_____
William J. Martínez
United States District Judge